

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00032-CR

Sebastian **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR4903
Honorable Philip Kazen, Judge Presiding

Opinion by:     Luz Elena D. Chapa, Justice

Sitting:        Karen Angelini, Justice
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice

Delivered and Filed: December 5, 2018

AFFIRMED; MOTION TO WITHDRAW GRANTED

Sebastian Garcia was indicted for retaliation against a witness. *See* TEX. PENAL CODE § 36.06. Pursuant to a plea agreement, Garcia pled no contest. He and the State agreed and recommended a sentence of five years in prison and a fine of $1,000, and the State recommended community supervision. The trial court pronounced Garcia's sentence in accordance with the parties' plea agreement, but suspended the sentence and placed Garcia on community supervision for a period of five years on April 12, 2017.

On September 12, 2017, the State filed a motion to revoke Garcia's community supervision, alleging he violated numerous conditions of his community supervision. At the

December 12, 2017 hearing on the State's motion to revoke, Garcia pled true to the State's allegations. Garcia stated he understood that based on his plea of true, the trial court could find the State's allegations were true and revoke his community supervision. The trial court found the State's allegation true and imposed Garcia's sentence of five years and a $1,000 fine. Garcia timely perfected appeal, and the trial court appointed Garcia counsel for his appeal.

Garcia's court-appointed appellate attorney has filed a motion to withdraw and a brief in which he raises no arguable points of error and concludes this appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978), and *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). Counsel sent copies of the brief and motion to withdraw to Garcia and informed him of his rights in compliance with *Kelly v. State*, 436 S.W.3d 313 (2014). Garcia did not request the record on appeal or file a pro se brief.

We have thoroughly reviewed the record and counsel's brief, and conclude no arguable grounds for appeal exist and the appeal is wholly frivolous. *See Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005). We therefore grant the motion to withdraw filed by Garcia's counsel and affirm the trial court's judgment. *See id.*; *Nichols v. State*, 954 S.W.2d 83, 86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).[1]

Luz Elena D. Chapa, Justice

DO NOT PUBLISH

---

[1] No substitute counsel will be appointed. Should Garcia wish to seek further review of this case by the Texas Court of Criminal Appeals, he must either retain an attorney to file a petition for discretionary review or file a pro se petition for discretionary review. Any petition for discretionary review must be filed within thirty days after either this opinion is rendered or the last timely motion for rehearing or motion for en banc reconsideration is overruled by this court. *See* TEX. R. APP. P. 68.2. Any petition for discretionary review must be filed with the clerk of the Court of Criminal Appeals. *See id.* R. 68.3. Any petition for discretionary review must comply with the requirements of rule 68.4 of the Texas Rules of Appellate Procedure. *See id.* R. 68.4.